ROSS ET AL., APPELLANTS, *v.* TOM REITH, INC. ET AL., APPELLEES.

[Cite as *Ross v. Tom Reith, Inc.* (1995), 71 Ohio St.3d 563.]

(No. 94–2226—Submitted January 24, 1995—Decided February 22, 1995.)

*Murray & Murray Co., L.P.A., W. Patrick Murray* and *Steven C. Bechtel,* for appellants.

*Savoy, Bilancini, Flanagan & Kenneally* and *Patrick M. Flanagan,* for appellees.

The discretionary appeal is allowed. The judgment of the court of appeals is reversed and the cause is remanded to the trial court on the authority of *Brennaman v. R.M.I. Co.* (1994), 70 Ohio St.3d 460, 639 N.E.2d 425.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., not participating.